

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00032-CR

Ex parte Rakan Shahwan

§ From the 367th District Court

§ of Denton County (14-00061-367)

§ July 3, 2014

§ Opinion by Justice Gardner

§ (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. We affirm the trial court's order.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Anne Gardner_____
          Justice Anne Gardner